IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-11-00178-CR

 

Gwendolyn Gail Ollie,

                                                                                    Appellant

 v.

 

The State of Texas,

                                                                                    Appellee

 

 

 



From the County Court
at Law No. 1

Brazos County, Texas

Trial Court No. 07-00485-CRM-CCL1

 



MEMORANDUM Opinion



 

Appellant filed a pro se notice of
appeal of her DWI conviction and moved the trial court to appoint counsel for
her appeal.  After a hearing, the trial court found that Appellant was not
indigent and denied appointed counsel.  The Clerk’s Record reflects that Appellant
thereafter sent to the trial court a handwritten letter dated April 4, 2011 and
signed by Appellant.  Appellant’s letter states that, because Appellant cannot
afford an attorney for her appeal, she is withdrawing her request (to appeal). 
Also on April 4, 2011, the trial court signed a jail order stating in part that
Appellant withdrew her appeal that day.  Appellant signed that order, and by
signing it, she acknowledged, agreed, and understood the order’s terms.

We have not issued a decision in this
appeal, and Appellant personally signed the document withdrawing her appeal.  See
Tex. R. App. P. 42.2(a).  This appeal
is therefore dismissed.

 

REX D. DAVIS

Justice

 

Before
Chief Justice Gray,

Justice Davis, and

Justice Scoggins

Dismissed

Opinion
delivered and filed July 6, 2011

Do
not publish

[CR25]








 






                                                         Chief
Justice

 

Before
Chief Justice Gray,

          Justice
Vance, and

          Justice
Reyna

Affirmed

Opinion
delivered and filed April 26, 2006

[CV06]